**INDYNE, INC., Plaintiff–Appellant,**

v.

**ABACUS TECHNOLOGY CORPO-
RATION, Jerry Reninger, Matthew
Boylan, Defendants–Appellees.**

No. 12–13345.

United States Court of Appeals,
Eleventh Circuit.

March 20, 2013.

Jeffrey D. Dyess, Lindsey Boney, IV, Kevin Christopher Newsom, Bradley Arant Boult Cummings, LLP, Birmingham, AL, Douglas Leo Patin, Bradley Arant Boult Cummings, LLP, Washington, DC, Thomas H. Justice, III, Thomas H. Justice III, PA, Orlando, FL, for Plaintiff–Appellant.

Cheryl Joel Van Over, Pillsbury Winthrop Shaw & Pitman, LLP, McLean, VA, Megan Costa Devault, Kelly Jean Howard Garcia, Thomas Todd Pittenger, Akerman Senterfitt & Eidson, PA, Orlando, FL, for Defendants–Appellees.

Before CARNES, HULL, and FAY, Circuit Judges.

PER CURIAM:

InDyne, Inc. appeals the district court's grant of summary judgment in favor of Abacus Technology Corporation, Jerry Reninger, and Matthew Boylan on the copyright infringement claim brought by InDyne. InDyne contends that the district court erred when it concluded that

InDyne failed to present sufficient evidence of the copyrighted material. Having carefully considered the record and the parties' briefs and having heard oral argument, we **AFFIRM** on the basis of the thorough and well-reasoned opinion of the district court, *InDyne, Inc. v. Abacus Tech. Corp.*, 876 F.Supp.2d 1278 (M.D.Fla. 2012).